UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. _____

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA A/S/O )
BRADFORD PRODUCTS, LLC )
)
)
Plaintiff, )
) **COMPLAINT**
v. )
)
ESTES EXPRESS LINES, )
)
Defendant. )

COMES NOW, Plaintiffs Travelers Property Casualty Insurance Company a/s/o Bradford Products, LLC ("Travelers"), by and through Counsel, and for its Complaint against Estes Express Lines ("Estes") states as follows:

## I. PARTIES

1. Travelers is a Connecticut corporation with its principal place of business located 1 Tower Square, Hartford Connecticut 06183, and at all relevant times to this action had issued a policy of insurance to Bradford.

2. Bradford Products, LLC ("Bradford") is a North Carolina limited liability company with its principal place of business located at 2101 Enterprise Dr. NE, Leland, North Carolina 28451-8807.

3. Estes is a Virginia corporation with its principal place of business located at 3901 West Broad St. Richmond, VA 23230.

4. Estes is a motor carrier engaged in the business of transporting goods in interstate commerce pursuant to an authority granted to it by the Federal Motor Carrier Safety Administration under docket number MC-097275.

5. As a federally licensed motor carrier Estes has to file and maintain a BOC-3 listing an agent to accept process in every state in which it operates pursuant to 49 C.F.R. § 366.2.

6. Estes' BOC-3 agent for the State of North Carolina is United States Corporation Company who is located at 2626 Glenwood Ave, Ste. 550, Raleigh, North Carolina 27608.

7. Estes is engaged in the business of providing interstate carriage for hire pursuant to its Federal transportation authority and operates in the state of North Carolina.

## II. JURISDICTION AND VENUE

8. Plaintiff repeats and re-alleges the allegations contained in paragraphs above of this Complaint as though fully restated herein.

9. This is a civil action brought against Estes, a common carrier, arising out of a breach of a contract to carry goods in interstate commerce governed by "The Carmack Amendment to the Interstate Commerce Act" 49 U.S.C. § 14706 *et. seq*. due to Estes' failure to deliver in good order certain goods (the "Subject Shipment") shipped on behalf of and owned by Bradford from 285 Northbrook Dr. Youngsville, NC, consigned to Seacor Island Lines, at 1300 Eller Dr. For Lauderdale, FL, 33004, and shipped under a bill of lading (**Exhibit 1).**

10. On information and belief, Estes operates throughout the United States of America, including within Eastern District of North Carolina; therefore, this Court has subject

2

Case 2:18-cv-00010-BO    Document 1    Filed 03/06/18    Page 2 of 5

matter jurisdiction over this dispute and personal jurisdiction over Estes as a delivering carrier pursuant to § 49 U.S.C. § 14706(d)(1).

11. Venue is proper in the Northern Division of the United States District Court for the Eastern District of North Carolina.

### III. FACTS

12. Plaintiff repeats and re-alleges the allegations contained in paragraphs above of this Complaint as though fully restated herein.

13. On or about 5 February 2016, Bradford arranged for Estes to transport a shipment of precut glass sections (the "Subject Shipment") in interstate commerce from Youngsville, North Carolina to Fort Lauderdale, Florida.

14. Estes arrived at the shipper's facility in Franklin, Ohio and accepted the Subject Shipment for transport and issued a bill of lading. A true and accurate copy of the bill of lading is attached hereto as **Exhibit 1.**

15. Estes received the Subject Shipment in good condition from the shipper at origin.

16. On information and belief, due to Estes' failure to properly secure the Subject Shipment for transit, the Subject Shipment shifted and was damaged resulting in that all but five of the thirty-one precut glass panels making up the Subject Shipment breaking and becoming unfit for use by the consignee.

17. Bradford incurred expenses in replacing the damaged portion of the Subject Shipment in the amount of $46,124.20 along with shipping costs of $1,093.63 as a result of the damage to the Subject Shipment.

18. Bradford submitted a damage claim to Travelers for $47,217.83 due to the damage to the Subject Shipment, for the replacement costs and shipping costs and was paid for the claim less its $1,000 deductible.

19. Travelers submitted a claim to in the amount of $47,217.83 to Estes as a result of the damage to the Subject Shipment and Estes did not tender payment.

20. As of the date of this pleading Estes has not paid Travelers and/or Bradford for the damages to the Subject Shipment.

## COUNT I
## Carmack Claim – Estes Express Lines

21. Plaintiff repeats and re-alleges the allegations contained in paragraphs above of this Complaint as though fully restated herein.

22. Estes agreed to transport the Subject Shipment from North Carolina to Florida.

23. Estes issued a bill of lading upon tender of the Subject Shipment at origin showing that Estes received the Subject Shipment in good condition. **See Exhibit 1.**

24. While the Subject Shipment was in Estes' care, custody and control it was damaged.

25. Estes failed to deliver the Subject Shipment to destination in good condition resulting in Bradford incurring $47,217.83 in damages.

26. Travelers is subrogated to the rights of Bradford with respect to the damages to the Subject Shipment to the extent it paid Bradford's claims.

27. Travelers is entitled to recover $47,217.83 in damages from Estes, including Bradford's $1,000.00 deductible which it will refund to Bradford upon receipt.

WHEREFORE Travelers respectfully request that the Court enter judgment against Defendant Estes Express Lines as follows:

(i) That judgment is entered against Estes in favor of Travelers for $47,217.83.

(ii) That Plaintiffs are awarded their costs and attorney's fees in this matter; and

(iii) That the Court grant Plaintiffs all further relief that it deems necessary and proper.

Dated 6 March 2018.

CLARK, NEWTON & EVANS, P.A.
*Counsel for Plaintiff*
By:

/s/ Seth P. Buskirk
NC Bar No. 36664
spb@clarknewton.com
509 Princess St.
Wilmington, North Carolina 28401
Telephone: (910) 762 8743
Facsimile: (910) 762 6206